# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAUDILIO GARCIA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-09272-JAK-PVC<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 29)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 29)) and pursuant to Fed. R. Civ. P. 41(a), this entire action, including all claims and counterclaims, is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Date:  April 11, 2022

_____
John A. Kronstadt
United States District Judge